IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TERRANCE JOHNSON,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-1775

Opinion filed October 10, 2016.

An appeal from an order of the Leon County Circuit Court.
James Shelfer, Judge.

Nancy A. Daniels, Public Defender; John Knowles, Steven L. Seliger, and Archie F. Gardner, Assistant Public Defenders, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

LEWIS, RAY, and WINSOR, JJ., CONCUR.